| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

FABBIAN SCOTT, §
　　　　§
　　　Plaintiff, §
　　　　§
*versus* §　　CIVIL ACTION NO. 1:22-CV-136
　　　　§
BOB WORTHAM, *et al.*, §
　　　　§
　　　Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

　　Plaintiff Fabbian Scott, proceeding *pro se*, filed this civil rights lawsuit against Bob Wortham, Mike Laird, Kimberly Hobbs Duchamp and Langston Scott Adams.  The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the case be dismissed.

　　The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence.  No objections were filed to the Report and Recommendation.

### ORDER

　　Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#7) is **ADOPTED**.  A final judgment shall be entered dismissing this lawsuit.

**Signed  this date**
**Oct 14, 2022**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE